UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00211-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| CECELIA O'DAY and CHAD CORREIA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:09-cr-00541-MCE |
| Plaintiff, | |
| v. | |
| SHELDON LINHARES, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:12-cr-00079-MCE |
| Plaintiff, | |
| v. | |
| FELIPE SOLIS, | |
| Defendant. | |

1 | The Court has received the Notice of Related Case filed on
2 | March 2, 2012.
3 | Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this Court, related cases are generally assigned to the district judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated as 2:12-cr-00079, <u>United States of America v. Felipe Solis</u> is reassigned to Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in this case is hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cr-00079-MCE. This matter is set for a **Status Conference on March 15, 2012 at 9:00 a.m. in Courtroom 7.**

///
///

Because the action denominated as 2:09-cr-00541, <u>United States of America v. Sheldon Linhares</u> and 2:09-cr-00211, <u>United States of America v. Ceclia O'Day and Chad Correia</u>, are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the case.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE